**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DANA FLYNN**                                                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 3:13CV00169-BD**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Plaintiff Dana Flynn's appeal is denied, and judgment is entered in favor of

Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 12th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE